BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1937
  Fax: (916) 324-5205

Attorneys for Defendants Wodford, Grannis,
Cry and Williams
SA2006300343

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,** | NO. 2:05-CV-1822 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. WOODFORD, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's complaint was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that Defendant shall have until thirty days from the date this order is served to file their initial response.

DATED:  March 16, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/jack1822.ext

Proposed Order

1