```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  JAMES M. HUMES
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  DAVID A. CARRASCO
    Supervising Deputy Attorney General
 5  JEFFREY STEELE, State Bar No. 124688
    Deputy Attorney General
 6   1300 I Street, Suite 125
     P.O. Box 944255
 7   Sacramento, CA 94244-2550
     Telephone: (916) 323-1937
 8   Fax: (916) 324-5205

 9  Attorneys for Defendants Wodford, Grannis,
    Cry and Williams
10  SA2006300343
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,** | NO. 2:05-CV-1822 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | . |
| **J. WOODFORD, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's complaint was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants shall have until thirty days from the date this order is served to file their initial response.

DATED: April 19, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

jack1822.eot.wpd

Proposed Order

1