1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON, SR.,

11             Plaintiff,                    No. CIV S-05-1822 GEB JFM P

12        vs.

13   J. WOODFORD, et al.,

14             Defendants.                   ORDER

15   _____/

16             Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18             On April 25, 2006, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendants Melching and Ramirez-Palmer was

20   returned unserved because the California Department of Corrections and Rehabilitation locator

21   was unable to locate either defendant with the information provided by plaintiff.  Plaintiff must

22   provide additional information to serve these defendants.  Plaintiff shall promptly seek such

23   information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et

24   seq., or other means available to plaintiff.  If access to the required information is denied or

25   unreasonably delayed, plaintiff may seek judicial intervention.

26   /////

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The Clerk of the Court is directed to send to plaintiff two USM-285 forms,

3    along with an instruction sheet and a copy of the complaint filed September 12, 2005;

4          2.  Within sixty days from the date of this order, plaintiff shall complete and

5    submit the attached Notice of Submission of Documents to the court, with the following

6    documents:

7                    a.  One completed USM-285 form for each defendant;

8                    b.  Three copies of the endorsed complaint filed September 12, 2005; and

9                    c.  One completed summons form (if not previously provided)

10   or show good cause why he cannot provide such information.

11   DATED: May 4, 2006.

12

13                                        UNITED STATES MAGISTRATE JUDGE

14

15   12/bb

16   jack1822.8e

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON, SR.,

11            Plaintiff,                    No. CIV S-05-1822 GEB JFM P

12       vs.

13   J. WOODFORD, et al.,

14            Defendants.          NOTICE OF SUBMISSION

15   _____/       OF DOCUMENTS

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            One            completed summons form

19            Two            completed USM-285 forms

20            Three          copies of the    September 12, 2005
                                              Complaint
21   DATED:

22

23                                          _____
24                                          Plaintiff

25

26