IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**J. WOODFORD, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:05-CV-1822 GEB JFM P<br><br>**ORDER**<br>**GRANTING DEFENDANTS' SECOND**<br>**REQUEST FOR EXTENSION OF**<br>**TIME TO RESPOND TO PLAINTIFF'S**<br>**COMPLAINT** |

Defendants' second request for an extension of time to respond to Plaintiff's complaint was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that Defendant shall have 45 days from the date this order is served to file their initial response. No further extensions of time will be granted.

Dated: May 25, 2006.

　　　　　　　　　　　　　　　　　　_/s/ John F. Moulds_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/jack1822.ext2

[Proposed] Order Granting Def's. Second Request for Extension of Time to Respond to Plaintiff's Complaint

1