IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**J. WOODFORD, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:05-CV-1822 GEB JFM P<br><br>ORDER GRANTING DEFENDANTS' REQUESTS FOR EXTENSION OF TIME |

Defendants first and second requests for extension of time to respond to Plaintiff's first set of interrogatories and first request for production of documents was considered by this Court, and, good cause appearing,

IT IS HEREBY ORDERED that defendants have fifteen days from the date of service of this order to serve their responses to Plaintiff's discovery requests. No further extensions of time will be granted.

DATED: November 30, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ John F. Moulds_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/jack1822.ext3