IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND D. JACKSON, SR.,** | 2:05-CV-1822 GEB JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL** |
| v. | |
| **J. WOODFORD, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to respond to Plaintiff's motion to compel discovery was considered by this Court, and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have until August 17, 2007 to file their response to Plaintiff's motion to compel.

DATED: August 15, 2007.

UNITED STATES MAGISTRATE JUDGE