IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

      Plaintiff,　　　　　　　　　　No. CIV S-05-1822 GEB JFM P

  vs.

J. WOODFORD, et al.,

      Defendants.　　　　　　　　<u>ORDER</u>

                              /

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 6, 2007, plaintiff filed a motion to compel defendants to comply with this court's June 4, 2007 order requiring that they file within five days supplemental responses to interrogatories.  Defendants failed to timely comply with the court's June 4, 2007 order, but they have appended to their August 17, 2007 response to plaintiff's motion to compel the supplemental responses and proof that those responses were served on August 14, 2007 and August 15, 2007.  Plaintiff's motion is therefore moot and will be denied.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August 6, 2007 motion to compel is denied.

DATED: August 20, 2007.

UNITED STATES MAGISTRATE JUDGE

12
jack1822.mtc