IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., ) | |
| ) Plaintiff, ) | 2:05-cv-1822-GEB-JFM |
| ) v. ) | ORDER* |
| ) J. WOODFORD, et. al., ) | |
| ) Defendants. ) | |

Following the Ninth Circuit's remand of this case in Raymond D. Jackson, SR. v. J. Woodford et al., No. CV-05-01822-GEB/JFM, 2009 WL 3249833 (9th Cir. October 7, 2009), the pendant state claims are dismissed without prejudice.

Dated: October 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

\* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1