IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

    Plaintiff,　　　　　　　　No. 2:05-cv-1822-GEB-JFM (PC)

    vs.

J. WOODFORD, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    On November 4, 2009, plaintiff filed a document styled as a motion for a more definite statement, and on November 19, 2009, plaintiff filed a document styled "Motion to Clarify Where Amended Complaint Must be Filed to Litigate Pendent State Claims." This civil rights action is closed. Plaintiff is advised that the court cannot provide legal advice and that the documents filed by plaintiff on November 4, 2009 and November 19, 2009 will be disregarded and no orders will issue in response to future filings.

DATED: December 10, 2009.

UNITED STATES MAGISTRATE JUDGE

12
jack1822.58